1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

**EID AWIMER**                                    CASE:  **1:15−CV−00069−GEB−EPG**

12

vs.

13

**TURK HAVA YOLLARI A.O.**                 **ORDER OF REASSIGNMENT**

14

─────────────────────────  /

15

The court, having received the notice of retirement of **Magistrate Judge Gary S. Austin**,

16

finds the necessity for reassignment of the above captioned case, and for notice to be given to

17

the affected parties.

18

IT IS THEREFORE ORDERED that:

19

The above captioned case shall be and is hereby **REASSIGNED** from

20

**Magistrate Judge Gary S. Austin** to newly appointed **Magistrate Judge Erica P. Grosjean**

21

for all further proceedings.  The new case number for this action, which must be used on all documents

22

filed with the court, is:                **1:15−CV−00069−GEB−EPG**

23

All dates currently set in this reassigned action shall remain effective subject to further

24

order of the court.

25

DATED:   October 13, 2015

26
27
                                                        ─────────────────────────
28

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE