HOLLAND & KNIGHT LLP
Shelley G. Hurwitz (State Bar #217566)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

Attorneys for Defendant, Turk Hava Yollari A.O., mistakenly sued herein as Turkish Airlines, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| EID AWIMER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TURKISH AIRLINES INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | 1:15-cv-00069-GSA<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

Defendant Turk Hava Yollari A.O., mistakenly sued herein as Turkish Airlines, (hereinafter, "THY"), respectfully submits this Response to Plaintiff's Objection to the Magistrate Judge's Findings and Recommendations (hereinafter, the "Objection").

## **RESPONSE**

The Objection is a mere regurgitation of allegations made in the Complaint, and arguments in opposition to THY's Motion to Dismiss. The Objection does not address the Findings and Recommendations, nor object to any of the conclusions reached by the Magistrate Judge. THY respectfully submits that the Findings and Objections should be adopted by this court and that this matter should be dismissed with prejudice.

DATED: October 27, 2015          HOLLAND & KNIGHT LLP


                                   /S Shelley Hurwitz
                                 Shelley Hurwitz
                                 *Attorney for Defendant*
                                 *Turk Hava Yollari A.O.*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On **October 27, 2015**, I served the document described as **DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

**Eid Awimer
1254 N Abby Street
Fresno, CA 93703**

**XX   By Mail**

Following ordinary business practices, I placed the document for collection and mailing at the offices of HOLLAND & KNIGHT, LLP 400 S. Hope St., 8th Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **October 27, 2015**, at Los Angeles, California.

_/s Gloria Hoshiko_
**GLORIA HOSHIKO**