**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EID AWIMER,<br><br>                    Plaintiff,<br><br>     v.<br><br>TURK HAVA TOLLARI, A.O.,<br>(Erroneously sued as Turkish Airlines, Inc.),<br><br>                    Defendant. | No. 1:15-cv-69 GEB-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(Docs. 5 and 20)** |

Pending before the Court is Defendant, Turk Hava Yollari, A.O.'s (erroneously sued as Turkish Airlines, Inc.) Motion to Dismiss. (Doc. 5.)  This case was referred to Magistrate Judge Gary S. Austin for Findings and Recommendation pursuant to Local Rule 302(c)(21). On October 9, 2015, Magistrate Judge Austin issued Findings and Recommendations recommending that the Defendants Motion to Dismiss be granted without leave to amend.  (Doc. 20).   The Findings and Recommendations were served on the parties with instructions that any objections must be filed within fourteen days of service of the order.  Plaintiff filed objections on October 19, 2015.  (Doc. 22).  Defendant Turk Hava Yollari, A.O. filed a response on October 27, 2015. (Doc. 23).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

1

*de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated October 9, 2015 (Doc. 20) are ADOPTED IN FULL, and the Defendant's Motion to Dismiss is GRANTED without leave to amend; and

2. The wrongfully named defendant is dismissed and Plaintiff's case is dismissed in its entirety.  Further, the Clerk of the Court shall enter judgment in favor of Defendant Turk Hava Yollari and shall close this action.

Dated:  December 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge