## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EID AWIMER,**

CASE NO: **1:15–CV–00069–GEB–EPG**

v.

**TURK HAVA YOLLARI A.O.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/17/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 17, 2015**

by: /s/ K. Zignago
Deputy Clerk